IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA DEMOCRATIC PARTY, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 16-5664 |
| | : | |
| REPUBLICAN PARTY OF PENNSYLVANIA; DONALD J. TRUMP FOR PRESIDENT, INC.; ROGER J. STONE, JR.; and STOP THE STEAL INC., | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 2nd day of November, 2016, upon consideration of Plaintiff's Complaint (Doc. No. 1), it is hereby **ORDERED** as follows:

1. Plaintiff shall personally serve the Complaint (Doc. No. 1) and this Order upon all Defendants no later than **12:00 noon** on **Thursday, November 3, 2016**.

2. Plaintiff shall file a motion and supporting memorandum respecting its claim for emergency injunctive relief **no later than** **5:00 p.m.** on **Thursday, November 3, 2016**.

3. Defendants shall file a response **no later than** **5:00 p.m.** on **Friday, November 4, 2016**.

4. Plaintiff may file a reply **no later than** **5:00 p.m.** on **Saturday, November 5, 2016**.

5. Defendants may file a sur-reply **no later than** **5:00 p.m.** on **Sunday, November 6, 2016**.

6. A hearing is scheduled before me for **1:30 p.m.** on **Monday, November 7, 2016** in Courtroom 6-B, 6th floor, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

          **AND IT IS SO ORDERED.**

          */s/ Paul S. Diamond*

          _____
          Paul S. Diamond, J.