# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA DEMOCRATIC PARTY, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 16-5664 |
| | : | |
| REPUBLICAN PARTY OF PENNSYLVANIA; DONALD J. TRUMP FOR PRESIDENT, INC.; ROGER J. STONE, JR.; and STOP THE STEAL INC., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 4th day of November, 2016, upon review of my November 2, 2016 Order (Doc. No. 10), it is hereby **ORDERED** that the hearing scheduled for 1:30 p.m. on Monday, November 7, 2016 is **RESCHEDULED** to **10:00 a.m.** on Monday, November 7, 2016. All of the other deadlines in my November 2, 2016 Order (Doc. No. 10) shall remain as ordered.

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    _____
                                                    Paul S. Diamond, J.