# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA DEMOCRATIC PARTY,<br><br>                Plaintiff,<br><br>  v.<br><br>REPUBLICAN PARTY OF PENNSYLVANIA, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., STOP THE STEAL INC.,<br><br>                Defendants. | Civ. No. 16-5664 |

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's November 3, 2016 Order, ECF No. 11, Plaintiff submits the following names and titles of witnesses it intends to call at the November 7, 2016 hearing. While this represents the current list of Plaintiff's witnesses, Plaintiff respectfully requests that, due to the short time frame for disclosing witnesses, it be permitted to supplement this list if necessary should additional witnesses become available to testify.

**Will Call**

Reverend Mark Kelly Tyler
Senior Pastor, Mother Bethel African Methodist Episcopal Church

Angel L. Ortiz
Attorney and Former Philadelphia City Councilman

**May Call**

Marcel Groen
Chair, Pennsylvania Democratic Party

**Adverse Witnesses Plaintiff Will Seek to Call**

Robert A. Gleason
Chairman, Republican Party of Pennsylvania

Roger Stone
Founder, Stop the Steal.org

|  |  |
|---|---|
|  | Respectfully submitted, |
| November 4, 2016 | /s/ *Michael J. Gottlieb* |
|  | Michael J. Gottlieb<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave, N.W.<br>Washington, DC  20015<br>(202) 237-2727<br>mgottlieb@bsfllp.com |
|  | Marc E. Elias<br>PERKINS COIE LLP<br>700 13th Street, Suite 600<br>Washington, DC 20005<br>Tel: (202) 434-1609<br>Fax: (202) 654-9126 |

melias@perkinscoie.com

Mark A. Aronchick
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 496-7002
maronchick@hangley.com

Dawn L. Smalls
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(202) 754-4216
dsmalls@bsfllp.com

# CERTIFICATE OF SERVICE

I, Michael Gottlieb, hereby certify and declare, under penalty of perjury, that I have caused to be served, on this date, a copy of the foregoing Motion and any attached pages upon the parties and in the manner indicated below:

REPUBLICAN PARTY OF PENNSYLVANIA
112 State Street
Harrisburg, PA 17101

*Service to counsel of record by the court's CM/ECF system*

DONALD J. TRUMP FOR PRESIDENT, INC.
725 Fifth Avenue
New York, NY 10022

*Service to counsel of record by the court's CM/ECF system*

ROGER J. STONE, JR.
3843 South Bristol Street Suite 312
Santa Ana, CA 92704

*Service by overnight Federal Express, postage prepaid*

STOP THE STEAL INC.
3843 South Bristol Street Suite 312
Santa Ana, CA 92704

*Service by overnight Federal Express, postage prepaid*

Dated: November 4, 2016 /s/ *Michael J. Gottlieb*
Michael J. Gottlieb
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, N.W.
Washington, DC 20015
(202) 237-2727
mgottlieb@bsfllp.com