# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA DEMOCRATIC PARTY,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLICAN PARTY OF PENNSYLVANIA, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL, INC,<br><br>Defendants. | Civil Action No. 2:16-cv-05664 |

**DEFENDANT REPUBLICAN PARTY OF PENNSYLVNIA WITNESS LIST**

The Republican Party of Pennsylvania does not intend to call any witnesses at the November 7, 2016 hearing. Defendant respectfully requests that due to the short time frame for disclosing witnesses, it be permitted to supplement this list if necessary should witnesses become available to testify.

5085142

                Respectfully submitted,

November 4, 2016        <u>/s/ Rebecca L. Warren</u>
                Rebecca L. Warren
                Attorney I.D. No. 63669
                Obermayer Rebmann Maxwell & Hippel LLP
                Centre Square West
                1500 Market Street, Suite 3400
                Philadelphia, PA 19102
                Phone: 717-221-1602

# **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed the foregoing Witness List using the Court's electronic filing system, making it available for download to counsel of record as indicated below:

**DAWN L. SMALLS**
BOIES SCHILLER & FLEXNER LLP
575 LEXINGTON AVE 7TH FL
NEW YORK, NY 10022
212-754-4216
Email: dsmalls@bsfllp.com

**MARC E. ELIAS**
PERKINS COIE LLP
700 - 13TH ST NW SUITE 600
WASHINGTON, DC 20005
202-654-6200
Email: melias@perkinscole.com

**MARK A. ARONCHICK**
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQ., 27TH FL.
PHILADELPHIA, PA 19103
215-568-6200
Email: maronchick@hangley.com

**MICHAEL JULIAN GOTTLIEB**
BOIES SCHILLER & FLEXNER LLP
5301 WISCONSIN AVE NW SUITE 800
WASHINGTON, DC 20015
202-237-9617
Email: mgottlieb@bsfllp.com

**THOMAS C. SULLIVAN**
MARKS & SOKOLOV, LLC
1835 MARKET STREET, 17TH FLOOR
PHILADELPHIA, PA 19103

(215) 569-8901
tsullivan@mslegal.com

**BRUCE S. MARKS**
MARKS & SOKOLOV, LLC
1835 MARKET STREET, 17TH FLOOR
PHILADELPHIA, PA 19103
(215) 569-8901
marks@mslegal.com

**CHAD A. READLER**
JONES DAY
325 JOHN MCCONNELL BLVD SUITE 600
COLUMBUS, OH 43215
614 281 3891
careadler@jonesday.com

I certify that on this date I sent the foregoing Witness List to all parties without counsel of record via overnight mail and to the listed email address on the Stop the Steal, Inc. website.

**ROGER J. STONE, JR.**
3843 SOUTH BRISTOL STREET, #312
SANTA ANA, CA 92704
info@stopthesteal.org

**STOP THE STEAL, INC.**
3843 SOUTH BRISTOL STREET, #312
SANTA ANA, CA 92704
info@stopthesteal.org

/s/ Rebecca L. Warren
Rebecca L. Warren
Attorney I.D. No. 63669
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
November 4, 2016   Phone: 717-221-1602