IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA DEMOCRATIC PARTY,** | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 16-5664 |
| | : | |
| **REPUBLICAN PARTY OF PENNSYLVANIA; DONALD J. TRUMP FOR PRESIDENT, INC.; ROGER J. STONE, JR.; and STOP THE STEAL INC.,** | : : : : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 7th day of November, 2016, upon consideration of Plaintiff's Complaint (Doc. No. 1), Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (Doc. No. 14), Defendant Republican Party of Pennsylvania's Response (Doc. No. 26), Defendants RPP and Trump Campaign's Joint Response (Doc. No. 41), Plaintiff's Reply (Doc. No. 29), Defendant Trump Campaign's Sur-Reply (Doc. No. 30), Plaintiff's Sur-Sur-Reply (Doc. No. 35), Defendants Stone and Stop the Steal's Response (Doc. No. 43), and all related submissions, as well as the evidence and arguments presented at today's hearing, it is hereby **ORDERED** that Plaintiff's Motion (Doc. No. 14) is **DENIED**.  **IT IS FURTHER ORDERED** that Defendant RPP's Motion to Dismiss (Doc. No. 31) is **DENIED without prejudice**.

                                                  **AND IT IS SO ORDERED.**

                                                  */s/ Paul S. Diamond*

                                                  _____

                                                  Paul S. Diamond, J.